# THE WEITZ LAW FIRM, P.A.

APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J. 11/15/2019

The initial pretrial conference in this case is adjourned to Friday December 13, 2019, at 10:30 a.m. Absent exceptional circumstances it is unlikely that further requests for adjournment will be granted.

November 14, 2019

**VIA CM/ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

    Re:    Norris v. Chokdee Corp., d/b/a Wondee Siam, et al
            Case 1:19-cv-00252-VSB

Dear Judge Broderick:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter has been scheduled for November 22, 2019 at 12:00 p.m. in your courtroom. At this time Defendants have no representation, as counsel for all Defendants have withdrawn. Therefore, we respectfully request that a 45-day adjournment of the Conference to allow ample time for Defendants hire new counsel and for counsel to appear in this matter.

This Court may wish to take notice that this is Plaintiff's fifth request for adjournment of this Conference. Thank you for your attention to this adjournment request.

                      Sincerely,

                      By: S/ B. Bradley Weitz
                          B. Bradley Weitz, Esq.
                          THE WEITZ LAW FIRM, P.A.
                          Bank of America Building
                          18305 Biscayne Blvd., Suite 214
                          Aventura, Florida 33160
                          Telephone: (305) 949-7777
                          Facsimile: (305) 704-3877
                          Email: bbw@weitzfirm.com
                          *Attorney for Plaintiff*