# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

December 4, 2019

**VIA CM/ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

> Plaintiff's request to adjourn the December 13, 2019, conference is Denied. The corporate Defendants are directed to obtain counsel ahead of the conference, or risk entry of default. **SO ORDERED:**
>
> _____
> HON. VERNON S. BRODERICK 12/6/2019
> UNITED STATES DISTRICT JUDGE

Re: Norris v. Chokdee Corp., d/b/a Wondee Siam and Thai Noodle House, et al.
Case 1:19-cv-00252-VSB

Dear Judge Broderick:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter has been scheduled for December 13, 2019 at 10:30 a.m. in Your Honor's courtroom. On March 18, 2019, Nadin Rabelo Linthorst, Esq., counsel for Chokdee Corp. and U World Corp., filed a motion to withdraw as Defendants' attorney, and was officially withdrawn on March 19, 2019. On September 17, 2019, Jingcong Wu, Esq., counsel for Chokdee Corp., U World Corp. and 792 Ninth Avenue LLC, filed a motion to withdraw as Defendants' attorney, and was granted a withdrawal on that same date.

At this time, Defendants have no representation to attend the Initial Pretrial Conference. Nonetheless, Plaintiff has sent correspondence to all Defendants with a courtesy copy of Summons and Complaint, as reminder that this suit is an opened case and to solicit their response. Chokdee Corp. and U World Corp. have answered the Complaint. By separate cover, a copy of the Order for the above-referenced Initial Pretrial Conference was sent to Defendants. The undersigned awaits their response. Therefore, Plaintiff's counsel respectfully requests that a 30-day adjournment of next week's Conference to allow time for Defendants to hire new counsel, to appear in this matter.

This Court may wish to take notice that this is Plaintiff's sixth request for adjournment of this Conference. Yet, two requests were submitted as parties were negotiating a settlement. One request was due to Plaintiff's attorney's travel to Israel. Three requests were submitted due to no representation on the part of the Defendants. Thank you for your kind attention to this adjournment request.

Sincerely,

THE WEITZ LAW FIRM, P.A.

By: S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.