# DAVID L. MOSS & ASSOCIATES

## ATTORNEYS AT LAW

370 LEXINGTON AVENUE
SUITE 2102
NEW YORK, NY 10017

(212) 566-6780 PHONE (212) 766-3362 FACSIMILE

**VIA: CM/ECF**　　　　　　　　　　　　　　　　　　December 10, 2019

Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J. 12/11/2019
>
> The conference scheduled for December 13, 2019, is adjourned to January 9, 2020 at 10:00 a.m. The unrepresented corporate Defendants are directed to obtain counsel ahead of the conference, or risk entry of default.

**Re: Norris v. Chokdee Corp., d/b/a Wondee Siam, et al.
Case 1:19-cv-00252-VSB**

Dear Judge Broderick:

　　The undersigned was recently retained to represent Defendant 792 Ninth Avenue LLC in the above-captioned action.

　　We were also recently informed there is an Initial Pretrial Conference in this matter presently scheduled for December 13, 2019 at 10:30A.M. in your courtroom. We are requesting an adjournment of the pretrial conference as I will be out of state and so that I may discuss this matter with my client.

　　My associate Jordan Tapia reached out to Plaintiff's counsel yesterday, December 9, 2019 and he kindly indicated that he did not object to an adjournment of the pretrial conference. As I understand the other Defendants in this action are currently not represented, I do not believe there is any prejudice in granting this adjournment.

　　I thus respectfully request that the pretrial conference be adjourned to a date after January 6, 2020 and if the Court can accommodate, to one of the following dates: January 9, 2020, January 13, 2020 or January 14, 2020.

　　Thank you for your time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　　　　By: /S/David L. Moss_____
　　　　　　　　　　　　　　　　　　　　　　　　David L. Moss, Esq. (DM 2468)
　　　　　　　　　　　　　　　　　　　　　　　　David@mossnylaw.com

　　　　　　　　　　　　　　　　　　　　　DAVID L. MOSS & ASSOCIATES
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　*792 Ninth Avenue LLC*
　　　　　　　　　　　　　　　　　　　　　370 Lexington Avenue, Suite 2102
　　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　(212) 566-6780