# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

December 30, 2019

VIA CM/ECF
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

    Re:    Norris v. Chokdee Corp., d/b/a Wondee Siam and Thai Noodle House, et al.
             Case 1:19-cv-00252-VSB

Dear Judge Broderick:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter has been scheduled for January 9, 2020 at 10:00 a.m. in Your Honor's courtroom. However, Plaintiff's counsel has been scheduled to attend a Mediation in the Southern District of New York during the same time re *Vera v. Cakes 'N Shapes, Ltd., et al*. Also, counsel for Tenant Defendants have not yet appeared in this matter. Tenant Defendant have requested adjournment in a letter recently filed with the Court [D.E. 47]. Plaintiff had initially sent Tenant Defendants correspondence enclosing an Order Denying Adjournment requested [D.E. 42].

In order for the undersigned to be able to attend the Conference, Plaintiff's counsel respectfully requests an adjournment of next week's Conference, also allowing time for Defendants' counsel to appear in this matter. Therefore, a 30-day adjournment of the Conference is hereby respectfully requested from this Honorable Court. The undersigned has conferred with counsel for 792 Ninth Avenue LLC who has consented to this request. Upon conferring with Defendant, dates of availability for both parties within the 30-day range are February 6th and February 11th.

This Court may wish to take notice that this is Plaintiff's seventh request for adjournment of this Conference. Two requests were submitted formerly as parties were negotiating a settlement. One request was due to the undersigned's travel to Israel. Three requests were submitted due to no representation on the part of the Defendants. Thank you for your kind attention to this adjournment request.

Plaintiff's request for an adjournment of the conference scheduled for January 9, 2020, is Granted, and the conference is adjourned to Plaintiff's requested date of February 6, 2020, at 10:00 a.m. The Court will not entertain further adjournments of this conference barring extraordinary circumstances. The unrepresented corporate Defendants are directed to obtain counsel ahead of the conference, or risk entry of default.

Sincerely,

THE WEITZ LAW FIRM, P.A.

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK 12/31/2019
UNITED STATES DISTRICT JUDGE